**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

NOV 19 1997

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

DARRYL DeWAYNE RUSSELL,

    Petitioner,

vs

WARDEN BILLY OWENS, et al,

    Respondent(s).

CIVIL ACTION NO. 96-HM-2539-NW

**ENTERED**

NOV 20 1997

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed. An appropriate order will be entered.

DONE, this 19th day of November, 1997.

E. B. HALTOM, JR.,
SENIOR UNITED STATES DISTRICT JUDGE

**FLORENCE, ALABAMA ADDRESS**:
U. S. District Court
Northern District of Alabama
U. S. Post Office & Courthouse
210 North Seminary Street
P. O. Box 1076
Florence, AL 35630     PHONE: 205/760-8415

